In re TRANSFER TO INACTIVE STATUS PURSUANT TO RULE 111(b), PA.R.C.L.E.

No. 8 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 26, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of September, 1997, it is hereby ORDERED that William W. McVay, III, Attorney Registration No. 58310, and Louis Alfred Piccone, Attorney Registration No. 55347, are to be transferred to inactive status pursuant to Rule 111(b), Pa.R.C.L.E.; and it is further ORDERED that the said transfers to inactive status shall be effective thirty (30) days after the date of this Order pursuant to Rule 217, Pa.R.D.E.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Thomas George LANDIS, Respondent.

No. 321 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 1, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of October, 1997, upon consideration of Recommendation of Disciplinary Board Member, the Order of this Court entered on July 15, 1997 pursuant to Pa.R.D.E. 214(d)(2) is dissolved, and Respondent is reinstated to the practice of law.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Paul D. NELSON, Respondent.

No. 226 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of October, 1997, on certification by the Disciplinary Board that the respondent, PAUL D. NELSON, who was suspended by Order of this Court dated August 19, 1996, for a period of one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, PAUL D. NELSON is hereby reinstated to active status, effective immediately.